UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cr-00008-JPS-WED |
| | ) | |
| JUSTIN HANSON, | ) | |
|    Defendant. | ) | |

## [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

Upon the motion of Defendant Justin Hanson, the pretrial conditions of release imposed on February 8, 2024, are hereby modified to remove the condition that Defendant seek prior approval for financial transactions exceeding $5,000.

SO ORDERED.

_____
United States Magistrate Judge

_____
Date